United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARTHUR A. COFFMAN III, | ) |
| | ) CIVIL NO. C10-05174RBL-JRC |
| Plaintiff, | ) |
| | ) ORDER FOR EXTENSION OF |
| vs. | ) TIME TO FILE PLAINTIFF'S |
| | ) OPENING BRIEF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before July 7, 2010, Defendant's Answering Brief shall be filed on or before August 4, 2010, and Plaintiff's Reply Brief shall be filed on or before August 18, 2010. Oral argument, if desired, shall be requested by August 25, 2010.

DATED this 23rd day of June, 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF  [C10-5174] - 1