UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARTHUR A. COFFMAN, III,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No.  3:10-cv-5174-RBL-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including August 11, 2010, to file Defendant's responsive brief;

- Plaintiff shall have up to and including August 25, 2010, to file an optional reply brief; and

- Oral argument, if desired, shall be requested by September 1, 2010.

DATED this 11th day of August 2010.

J. Richard Creatura
United States Magistrate Judge

Page 1        ORDER - [3:10-cv-5174-RBL-JRC]