United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARTHUR A. COFFMAN III, | ) |
| | ) CIVIL NO. C10-5174-RBL-JRC |
| Plaintiff, | ) |
| | ) ORDER FOR EXTENSION OF |
| vs. | ) TIME TO FILE PLAINTIFF'S |
| | ) REPLY BRIEF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Reply Brief shall be filed on or before September 8, 2010. Oral argument, if desired, shall be requested by September 15, 2010.

DATED this 23rd day of August, 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF – [C10-5174 RBL] - 1