# United States District Court

## WESTERN DISTRICT OF WASHINGTON

ARTHUR A. COFFMAN, III

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5174RBL

__ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

_____November 1, 2010_____
Date

_____WILLIAM M. McCOOL_____
Clerk

_____*s/CM Gonzalez*_____
Deputy Clerk